■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN E. JONES, Appellant. [705 NYS2d 540] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.— Vehicular Manslaughter, 2nd Degree.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.